**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2333

_____

TERESA JONES,

        Plaintiff - Appellant,

    v.

MARRIOTT INTERNATIONAL, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-00636-RDA-IDD)

_____

Submitted:  April 3, 2023                                Decided:  June 13, 2023

_____

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Teresa Jones, Appellant Pro Se.  Daniel Connor Deacon, Kara Mather Maciel, CONN MACIEL CAREY LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Jones appeals the district court's order granting summary judgment to her former employer, Marriott International, on her discrimination claims raised under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Marriott Int'l, LLC*, No. 1:20-cv-00636-RDA-IDD (E.D. Va. Oct. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*